**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:06MJ327-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**vs.** )<br>)<br>**EVELIA NAJERA-HERNANDEZ,** )<br>)<br>_____) | **ORDER OF DISMISSAL** |

Leave of Court is hereby granted for the dismissal without prejudice of the Criminal Complaint.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

SO ORDERED.

Signed: January 23, 2008

David C. Keesler
United States Magistrate Judge